# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Brauer, et al., ) | |
|     Plaintiffs, ) | CV-11-771-TUC-DCB |
| vs. ) | ORDER |
| Kindred Nursing Centers, et al., ) | |
|     Defendants. ) | |

    Magistrate Judge Ferraro signed a Report and Recommendation on February 3, 2012, recommending that the District Court grant the motion to amend the complaint to add Covert as a defendant and remand this action to the state court. A copy was sent to all parties on February 3, 2012, notifying all parties that written objections must be filed within fourteen days of service. Fed.R.Civ.P. 72(b)(2). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

    The Court, having made an independent review of the record, orders as follows:

    IT IS ORDERED that Magistrate Judge Ferraro's Report and Recommendation (Doc. 20) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

    IT IS ORDERED that Plaintiffs' Motion to Amend the Complaint and Remand to the

State Court (Docs. 8, 9) is GRANTED.  The Clerk's Office is directed to REMAND this action **in its entirety** to the state court.  This action is CLOSED.

DATED this 23rd day of February, 2012.

David C. Bury
United States District Judge